UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE. E. BOYD, | ) | |
| Movant, | ) ) ) | |
| v. | ) | No. 4:16-CV-1878 ERW |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent, | ) ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion to supplement his motion to vacate. The motion is denied because this Court lacks subject matter jurisdiction over this case.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to supplement [ECF No. 7] is **DENIED**.

So Ordered this 5th day of January, 2017.

_E. Richard Webber_
_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE