# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| WILLIE E. BOYD, | ) |
| Movant, | ) |
| v. | ) No. 4:16-CV-1878 ERW |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion for clarification. Movant says he does not understand why this case is closed and a new § 2255 case was opened after he received permission from the Court of Appeals to file a successive motion.

This case was properly closed for lack of jurisdiction because movant filed it before he received permission to file a successive motion. Because he how has permission, the proper procedure was to open a new case. Movant is not prejudiced by the procedure. He should not file any more documents in this case. Rather, he should file any future documents in *Boyd v. United States*, No. 4:16-CV-2148 ERW, which the Court is currently reviewing.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for clarification is **GRANTED**. [Doc. No. 9]

So Ordered this 18th day of January, 2017.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE